# Anhaltzer, Appellant, *v.* Benedum et al.

*Contract—Two suits on same contract—Failure to include whole
claim in first suit—Res adjudicata.*

Where a person brings suit on a written contract and fails to
include all that was due to him at the time on the contract, he
cannot recover, in a second suit on the same contract, the amount
omitted in the first suit.

Argued October 17, 1919.   Appeal, No. 97, Oct. T.,
1919, by plaintiff, from judgment of C. P. Allegheny Co.,

114   ANHALTZER, Appellant, *v.* BENEDUM et al.

July T., 1918, No. 434, on verdict for defendants in case of Henry Anhaltzer v. M. L. Benedum and J. C. Trees. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ.   Affirmed.

Assumpsit on a written contract.   Before SWEAR-INGEN, J.

*Verdict for defendants by instruction of the court. Judgment was entered on the verdict.   Plaintiff appealed.*

*Error assigned* was in refusing plaintiff's motion for judgment n. o. v.

*A. Devoe P. Miller,* for appellant, cited: Converse v. Colton, 49 Pa. 346; Haviland v. Fidelity Ins., T. & S. Dep. Co., 108 Pa. 236; Pittsburgh C. Co. v. West Side Belt R. R. Co., 227 Pa. 90; Funk v. Young, 254 Pa. 548.

*John S. Weller* and *George J. Wolf,* for appellees, were not heard.

PER CURIAM, January 5, 1920:

The action in the court below was for an alleged breach of a written contract.   Prior to the institution of it the plaintiff had brought another action on the same contract and recovered.   It is admitted that what he now claims, if owing to him, was due at the time he brought the first suit.   His recovery in it barred the present action: Jenkins v. Scranton, 205 Pa. 598; Thompson v. Graham, 246 Pa. 202.   This was the correct view of the court below, and the judgment is affirmed.

Judgment affirmed.